[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10780

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 19, 2011
JOHN LEY
CLERK

D. C. Docket No. 1:09-cv-23171-AJ
BKCY No. 07-20537-BKC-AJC

In Re: DB ISLAMORADA, LLC,

                                                                      Debtor-in-Possession.

_____

DAVID FINNEGAN,
WILLIAM P. KELLY, JR.,

                                                                      Plaintiffs-Appellants,

                                            versus

DB ISLAMORADA, LLC,

                                                                      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 19, 2011)

Before BARKETT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

This appeal involves a challenge to sanctions imposed by the Bankruptcy Court on David Finnegan (client) and William P. Kelly, Jr. (lawyer). We have studied the record and the briefs and have had the benefit of oral argument. The record simply fails to support the sanctions imposed on David Finnegan. On the other hand, there is ample evidence supporting the sanctions imposed upon William P. Kelly, Jr.

The sanctions imposed upon David Finnegan are vacated; the sanctions imposed upon William P. Kelly, Jr. are affirmed.

VACATED in part; AFFIRMED in part.